AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-5800

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On August 4, 2020, I served the complaint and related documents by Fedex on Jeffrey Zukerman of Zukerman Gore Brandeis and Crossman in accordance with the Guaranty executed by the Plaintiff. Signature confirmation of delivery om August 6, 2020 is attached.*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/27/2020

s/Ronald Adelman
*Server's signature*

Ronald Adelman, Attorney for Defendant
*Printed name and title*

Stropheus LLC, 60 E. 42nd St, Suite 4600
New York, NY 10165

*Server's address*

Additional information regarding attempted service, etc:

* As a further courtesy due to COVID, I sent the same papers by email on August 4, 2020 to Mr, Zukerman at jzukerman@zukermangore.com, with a copy to info@zukermangore.com



# FedEx Ship Manager®

My Profile     Logout     Help

| Ship | LTL Freight | Ship History | My Lists | Reports | Administration |

**Your Shipment Details**

| | | | |
|---|---|---|---|
| **From:** | Ronald Adelman<br>910 UNION STREET<br>1B<br>Brooklyn, NY 11215<br>US<br>9173316723 | **Ship date:**<br>**Weight:**<br>**Declared value:**<br>**Package Contents:**<br>**Document Description:**<br>**Shipment Purpose:**<br>**Invoice number:**<br>**Freight On Value:** | 08/04/2020<br>1.00 LBS<br>0.00 USD |
| **To:** | Jeffrey Zukerman<br>Zukerman Gore Brandeis &<br>Crossman<br>11 Times Square<br>15th Floor<br>NEW YORK, NY 10036<br>US<br>212.223.6700 | **Pricing Option:**<br>**Service type:**<br>**Package type:**<br>**Pickup/Drop Off:**<br>**Dimensions:**<br>**Shipper account number:**<br>**Bill transportation to:**<br>**Status** | FedEx Standard Rate<br>FedEx Ground<br>Your Packaging<br>Drop off package at FedEx location<br>9 x 12 x 1 in<br>My Account - 492-492<br>My Account - 492-492<br>Not closed |
| **Tracking no.:** | 771170101000 | **Courtesy rate quote:\***<br>**Published rates:**<br>**Effective net discount:**<br>**Discounted variable %:**<br>**List variable %:**<br>**Special services:**<br>**Shipment type:**<br>**Commercial/Residential Status:** | 8.70 USD<br>8.70<br>0.00<br><br><br><br>Ground<br>Commercial |

Print   Track   Return to History

**Please note :**
**.** **\*** The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.
**IMPORTANT:** At the end of each business day, select "Ground End of Day Close" to transmit your shipping data. Then, print the Pickup Manifest that appears. This document is required when your shipment is tendered to FedEx. To access the "Ground End of Day Close" button, click the "Go to next steps" button on the shipping label screen, or click the "Track/History tab.
**NOTE:** Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request.

---

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

Developer Resource Center

FedEx Cross Border

**LANGUAGE**

Change Country



771170101000 

# Delivered
## Thursday 8/06/2020 at 1:56 pm



**DELIVERED**

Signed for by: Signature on File

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| BROOKLYN, NY US | NEW YORK, NY US |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 771170101000 | FedEx Ground | 1 lbs / 0.45 kgs |

| DELIVERY ATTEMPTS | TOTAL PIECES | TERMS |
|---|---|---|
| 1 | 1 | Shipper |

| PACKAGING | STANDARD TRANSIT | SHIP DATE |
|---|---|---|
| Package | 8/06/2020 | Wed 8/05/2020 |

**ACTUAL DELIVERY**
Thu 8/06/2020 1:56 pm

## Travel History

Local Scan Time

**Thursday, 8/06/2020**

| 1:56 pm | New York, NY | Delivered |
| | | Signature on file |
| 3:57 am | MASPETH, NY | On FedEx vehicle for delivery |
| 3:10 am | MASPETH, NY | At local FedEx facility |

**Wednesday, 8/05/2020**

| 9:43 pm | MASPETH, NY | Arrived at FedEx location |
| 3:32 pm | MASPETH, NY | Picked up |

# Ronald Adelman

| | |
|---|---|
| **From:** | Ronald Adelman |
| **Sent:** | Tuesday, August 4, 2020 10:36 AM |
| **To:** | 'jzukerman@zukermangore.com' |
| **Cc:** | 'info@zukermangore.com' |
| **Subject:** | Initiating papers for Lisa Cooley LLC v. The Native SA, 20-cv-5800 (VEC) (SDNY) |
| **Attachments:** | 2020-07-27 File stamped complaint and exhibit.pdf; 2020-07-28 Executed summons.pdf; 2020-07-29 Prelim. conf. notice.pdf; VEC External Practices in Civil Cases (2020-01-30) - Updated Sealing Instructions_0.pdf |

Dear Mr. Zukerman,

With respect to the referenced action are the (1) summons, (2) complaint with exhibit, (3) notice of preliminary conference on September 18, and (4) Individual Rules of Judge Valerie Caproni. Pursuant to the Guaranty executed by your client, The Native SA (which is the exhibit attached to the complaint), official service will be made by FedEx delivery to you unless you respond that such service is unnecessary. However, in light of continuing office closures, I wanted to make sure you got an electronic copy as well.

Very truly yours,

STROPHEUS ART LAW
Ronald W. Adelman, Esq.
Of Counsel
60 E 42ND ST STE 4600
New York, NY 10165-0006
Main +1 (917) 675 3201
Direct    (917) 338-4898
Fax       (917) 534-6306

1