USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LISA COOLEY, LLC,

    *Plaintiff*,

    v.

THE NATIVE, S.A.,

    *Defendant*.

No. 20-CV-5800 (VEC)

**ORDER TO SHOW CAUSE**

---

UPON the Clerk's Certificate of default, executed on October 5, 2020 and the exhibits thereto the Declaration of Ronald Adelman dated October 9, 2020 and the exhibits thereto, and all prior papers and proceedings had herein, it is hereby

ORDERED that the Defendant, The Native, S.A. ("Defendant") show cause before the Honorable Valerie E. Caproni, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on **November 20, 2020, at 11:00 a.m.,** or as soon thereafter as counsel may be heard, why a Default Judgment should not be entered against the Defendant for its deliberate failure to answer or otherwise respond to the Summons and Complaint in this matter; and it is further

ORDERED that service of this Order and the papers filed herewith in support of this Order by overnight courier and email on Defendant's counsel, Zukerman Gore Brandeis & Grossman, LLP so that they are received no later than **October 19, 2020**, shall be deemed good and sufficient service thereof.  Plaintiff must post proof of service on ECF by **October 20, 2020.**

Any responsive paper from Defendant must be served and filed on or before **November 6, 2020**.  Any reply papers must be served and filed on or before **November 13, 2020**

Dated:   New York, New York
         October 9, 2020

_____
United States District Judge

> The parties must appear for the hearing by dialing (888) 363-4749, using the access code 3121171, and the security code 5800.