EXHIBIT A

www.rc.vd.ch

| | |
|---|---|
| **Extract without deletions** | **INTERNET EXTRACT** |
| [logo:] Canton of Vaud<br>LIBERTY AND HOMELAND | File number    2016/13869<br>Fed. number    CH-020.3.021.402-7<br>IDE\UID CHE-101.017.162 |

# The Native SA
registered on November 18, 2009
Public Limited Company

| Ref. | Company name |
|---|---|
| 6 | The Native SA |

| | **Head office** |
|---|---|
| 1 | Lausanne |

| | **Address** |
|---|---|
| 1 | Rue du Grand-Chêne 8, 1003 Lausanne |

| | **Dates of the Articles of Association** |
|---|---|
| 6 | 12/06/2017 |

**Objective, Comments**

| | |
|---|---|
| 6 | Objective:<br>the company is active in integrated e-commerce services, content marketing, digital media, e-commerce, and blockchain technology and offers its services for the digital economy in a broad sense; the company and its group are active in e-commerce technology and payments services, in the international market and innovative e-commerce, making possible new technologies and marketing products of all kinds (for the complete objective, see the Articles of Association). |

**Publication body**

| | |
|---|---|
| 0 | Communications to shareholders: by publication in the FOSC (*Feuille officiel suisse du commerce*, [Swiss Official Gazette of Commerce]); if they are all known, by personal notification by registered mail. |
| 0 | Swiss Official Gazette of Commerce |

| Ref. | Share capital | | |
|---|---|---|---|
| | **Nominal** | **Paid** | **Shares** |
| 4 | CHF 10,889,165 | CHF 10,889,165 | 3,111,190 bearer shares of CHF 3.50. |

**Authorized capital increase**

| | |
|---|---|
| 6 | The general meeting introduced a clause to the Articles of Association relating to an authorized capital increase by a decision on December 6, 2017. For details, see the Articles of Association. |

**Conditional capital increase**

| | |
|---|---|
| 0 | The general meeting introduced a clause to the Articles of Association relating to a conditional capital increase by a decision on February 28, 2014. For details, see the Articles of Association. |
| 4 | The general meeting amended a clause to the Articles of Association relating to a conditional capital increase (according to the decision of February 28, 2014) by a decision on June 14, 2017. For details, see the Articles of Association. |
| 6 | The general meeting amended a clause to the Articles of Association relating to a conditional capital increase (according to the decision of February 28, 2014, amended on June 14, 2017) by a decision on December 6, 2017. For details, see the Articles of Association. |
| 6 | The general meeting introduced a clause to the Articles of Association relating to a conditional capital increase by a decision on December 6, 2017. For details, see the Articles of Association. |

**Contributions in kind, repossessions of assets, special benefits**

| | |
|---|---|
| 4 | Amount paid by offsetting debts: CHF 7,999,999. |

**Administration, auditing body and persons authorized to sign**

| Ref. | | | Surname and first names, Origin, Domicile | Functions | Signature mode |
|---|---|---|---|---|---|
| Registered | Amended | Deleted | | | |

HRC Report Excerpt 1.10a (mar-2009) by AISO SA.

| Ref. | | | Administration, auditing body and persons authorized to sign | | |
|---|---|---|---|---|---|
| Registered | Amended | Deleted | **Surname and first names, Origin, Domicile** | **Functions** | **Signature mode** |
| 0 | 7 | | **Skatershchikov,** Sergey, from Russia, in Moscow (Russia) | director, chairman | collective signature of 2 |
| | 7 | | **Umansky,** Serge, from the USA, in Lausanne | director, vice chairman | collective signature of 2 |
| | 6 | | **Depczyk,** Izabela, from Poland, in Zurich | director | collective signature of 2 |
| | | | **Berney et Associés SA Société Fiduciaire, Lausanne branch** (CHE-432.420.242), in Lausanne | auditing body | |
| | 4 | | **Iezuitov,** Victor, from Russia, in Lausanne | officer | collective signature of 2 |

| Ref. | FOSC PUBLICATION | | JOURNAL | | Ref. | FOSC PUBLICATION | | JOURNAL | |
|---|---|---|---|---|---|---|---|---|---|
| | **Number** | **Date** | **Date** | **Page /ID** | | **Number** | **Date** | **Date** | **Page /ID** |
| 0 | | | 12/07/2015 | 0 | 1 | 13869 | 08/29/2016 | 09/01/2016 | 0/3033051 |
| 2 | 15792 | 10/05/2016 | 10/10/2016 | 0/3099879 | 3 | 12214 | 07/18/2017 | Canceled | |
| 4 | 12384 | 07/20/2017 | 07/25/2017 | 0/3664927 | 5 | 18360 | 10/31/2017 | 11/03/2017 | 0/3849961 |
| 6 | 21566 | 12/20/2017 | 12/27/2017 | 0/3955771 | 7 | 996 | 01/15/2018 | 01/18/2018 | 0/3999859 |

Moudon, May 9, 2018

*End of extract*

---

**Only a certified true extract, signed and bearing the register seal, has legal value.**

Original French version

www.rc.vd.ch

**Extrait sans radiations**

EXTRAIT INTERNET

N° doss  2016/13869
N° féd.  CH-020.3.021.402-7
**IDE\UID  CHE-101.017.162**

# The Native SA
inscrite le 18 novembre 2009
Société anonyme

| Réf. | Raison Sociale |
|---|---|
| 6 | The Native SA |
| | **Siège** |
| 1 | Lausanne |
| | **Adresse** |
| 1 | Rue du Grand-Chêne 8, 1003 Lausanne |
| | **Dates des Statuts** |
| 6 | 06.12.2017 |
| | **But, Observations** |
| 6 | But:<br>la société est active dans les services de l'e-commerce intégré, dans le marketing de contenu, les médias digitaux, l'e-commerce, la technologie blockchain et offre ses services pour l'économie digitale au sens large; la société et son groupe sont actifs dans la technologie de l'e-commerce et les services de paiements, sur le marché international et de l'e-commerce innovatif, rendant possible de nouvelles technologies et des produits marketing de toute sorte (pour but complet cf. statuts). |
| | **Organe de publication** |
| 0 | Communications aux actionnaires: par publication dans la FOSC; s'ils sont tous connus, par notification personnelle en recommandé. |
| 0 | Feuille officielle suisse du commerce |

| Réf. | Capital-actions | | |
|---|---|---|---|
| | **Nominal** | **Libéré** | **Actions** |
| 4 | CHF 10'889'165 | CHF 10'889'165 | 3'111'190 actions au porteur de CHF 3.50. |
| | **Augmentation autorisée du capital** | | |
| 6 | L'assemblée générale a introduit une clause statutaire relative à une augmentation autorisée du capital par décision du 6 décembre 2017. Pour les détails, voir les statuts. | | |
| | **Augmentation conditionnelle de capital** | | |
| 0 | L'assemblée générale a introduit une clause statutaire relative à une augmentation conditionnelle du capital par décision du 28 février 2014. Pour les détails, voir les statuts. | | |
| 4 | L'assemblée générale a modifié une clause statutaire relative à une augmentation conditionnelle du capital (selon décision du 28 février 2014) par décision du 14 juin 2017. Pour les détails, voir les statuts. | | |
| 6 | L'assemblée générale a modifié une clause statutaire relative à une augmentation conditionnelle du capital (selon décision du 28 février 2014 modifiée le 14 juin 2017) par décision du 6 décembre 2017. Pour les détails, voir les statuts. | | |
| 6 | L'assemblée générale a introduit une clause statutaire relative à une augmentation conditionnelle du capital par décision du 6 décembre 2017. Pour les détails, voir les statuts. | | |
| | **Apports en nature, reprises de biens, avantages particuliers** | | |
| 4 | Montant libéré par compensation de créances: CHF 7'999'999. | | |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Insc | Mod | Rad. | **Nom et Prénoms, Origine, Domicile** | **Fonctions** | **Mode Signature** |

| Réf. | | | Administration, organe de révision et personnes ayant qualité pour signer | | |
|---|---|---|---|---|---|
| Insc | Mod | Rad. | **Nom et Prénoms, Origine, Domicile** | **Fonctions** | **Mode Signature** |
| 0 | 7 | | **Skatershchikov** Sergey, de Russie, à Moscou (Russie) | adm. président | signature collective à 2 |
| | 7 | | **Umansky** Serge, des USA, à Lausanne | adm. vice-président | signature collective à 2 |
| | 6 | | **Depczyk** Izabela, de Pologne, à Zurich | adm. | signature collective à 2 |
| | | | **Berney et Associés SA Société Fiduciaire, succursale de Lausanne** (CHE-432.420.242), à Lausanne | organe de révision | |
| | 4 | | **Iezuitov** Victor, de Russie, à Lausanne | directeur | signature collective à 2 |

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | **Numéro** | **Date** | **Date** | **Page/Id** | | **Numéro** | **Date** | **Date** | **Page/Id** |
| 0 | | | 07.12.2015 | 0 | 1 | 13869 | 29.08.2016 | 01.09.2016 | 0/3033051 |
| 2 | 15792 | 05.10.2016 | 10.10.2016 | 0/3099879 | 3 | 12214 | 18.07.2017 | Annulée | |
| 4 | 12384 | 20.07.2017 | 25.07.2017 | 0/3664927 | 5 | 18360 | 31.10.2017 | 03.11.2017 | 0/3849961 |
| 6 | 21566 | 20.12.2017 | 27.12.2017 | 0/3955771 | 7 | 996 | 15.01.2018 | 18.01.2018 | 0/3999859 |

Moudon, 09 mai 2018

*Fin de l'extrait*

**Seul un extrait certifié conforme, signé et muni du sceau du registre, a une valeur légale.**

# Certification of Translation



STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATION

I, Jodeci Guzman, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided French into English translation(s) of the source document(s) listed below are true and accurate:

- The Native, S.A. Swiss Commercial Registry Entry as of 2018

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____
Jodeci Guzman, Project Manager
Currently situated in the County of New York

Sworn to before me remotely this
Thursday, November 05, 2020

_____
Signature, Notary Public
Currently situated in the County of New York

_____
Stamp, Notary Public

[Notary stamp: WENDY POON, NOTARY PUBLIC, STATE OF NEW YORK, NO. 01PO6356754, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 04-03-2021]