ZUKERMAN GORE BRANDEIS
 & CROSSMAN, LLP
John K. Crossman
Jesenia Ruiz de la Torre
Eleven Times Square
New York, New York 10036
Telephone: (212) 223-6700
Facsimile: (212) 223-6433

*Attorneys for Defendant The Native, S.A.*
*Making a Special Appearance to*
*Contest Service and Jurisdiction*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LISA COOLEY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE NATIVE, S.A. <br><br> Defendant. | No. 20-cv-5800 (VEC) <br><br><br> S<small>PECIAL</small> N<small>OTICE OF</small> A<small>PPEARANCE</small> |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please take notice that:

      Jesenia Ruiz de la Torre
      Zukerman Gore Brandeis & Crossman, LLP
      Eleven Times Square
      New York, New York 10036
      Telephone: (212) 223-6700
      Facsimile: (212) 223-6433
      jruiz@zukermangore.com

hereby enters her notice to appear specially as counsel of record for Defendant The Native, S.A. in the above-captioned action for the sole purpose of contesting personal jurisdiction and service of process.

Dated: New York, New York
      November 11, 2020

                ZUKERMAN GORE BRANDEIS
                 & CROSSMAN, LLP

By:   */s/Jesenia Ruiz de la Torre*
     Jesenia Ruiz de la Torre
     John K. Crossman
     Eleven Times Square
     New York, New York 10036
     Telephone: (212) 223-6700
     Facsimile: (212) 223-6433

*Attorneys for Defendant The Native, S.A.*
*Making a Special Appearance to Contest Service*
*and Jurisdiction*