```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 LISA COOLEY, LLC,                                             :
                                                               :
                                     Plaintiff,                :
                                                               :
                   -against-                                   :   20-cv-5800 (VEC)
                                                               :
 THE NATIVE, S.A.,                                             :   ORDER
                                                               :
                                     Defendant.                :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference was held on December 11, 2020;

IT IS HEREBY ORDERED THAT:

1. Defendant's motion to dismiss is due by **December 21, 2020**. Plaintiff's opposition is due by **January 11, 2021**. Defendant's reply is due by **January 25, 2021.**

2. The Court will not enter a case management plan at this time. Discovery is STAYED pending resolution of the motion to dismiss.

**SO ORDERED.**

**Date: December 11, 2020**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**