UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA COOLEY, LLC

          Plaintiff,

V.

THE NATIVE, S.A.

          Defendant.

No. 20-cv 5800 (VEC)

DECLARATION OF JESENIA RUIZ DE LA TORRE IN SUPPORT OF MOTION TO DISMISS

I, Jesenia Ruiz de la Torre, declare and state under 28 U.S.C. § 1746 as follows:

1.    I submit this declaration in support of the motion filed by the defendant, The Native, S.A. ("The Native"), seeking to dismiss the Complaint filed by plaintiff, Lisa Cooley, LLC. I submit this declaration based on my own personal knowledge, and subject to the special appearance being made by The Native to contest service of process and jurisdiction.

2.    I was able to find many articles online that discuss the dual signature requirement that is commonplace in Switzerland.

3.    Many of the articles that I located regarding the dual signature requirement reference a well-known English decision, *Integral Petroleum SA v. SCU-Finanz AG* (United Kingdom, February 26, 2015). Attached as Exhibit 1 is a true and correct copy of *Integral Petroleum SA v. SCU-Finanz AG* (United Kingdom, February 26, 2015).

4.    Attached as Exhibit 2 is a true and correct copy of an April 20, 2015 article authored by attorneys at Allen & Overy entitled "Applicable law for whether a contract has been validly executed by a foreign company." This article is available online at

1

https://www.allenovery.com/en-gb/global/news-and-insights/publications/applicable-law-for-whether-a-contract-has-been-validly-executed-by-a-foreign-company.

5. Attached as Exhibit 3 is a true and correct copy of a July 22, 2015 article authored by attorneys as Freeths LLP entitled "Contracting with an overseas company." This article is available online at https://www.freeths.co.uk/2015/07/22/contracting-with-an-an-overseas-company.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of December 2020 in New York, New York.

*Jesenia Ruiz de la Torre*
_____
Jesenia Ruiz de la Torre