Begin forwarded message:

**From:** Izabela Depczyk <idepczyk@thenative.eu>
**Subject: Re: update**
**Date:** January 8, 2018 at 11:02:50 AM EST
**To:** Lisa Cooley <lisa@lisa-cooley.com>
**Cc:** Alexander Gilkes <alexander@paddle8.com>

Lisa,

it is a pleasure to e-meet you.

If it is not too much hassle for you, I would love to preview the space via FaceTime call?

I am available any time on Wednesday or Friday afternoon (please note I am in CET timezone).

Sincerely,
Izabela

On Mon, Jan 8, 2018 at 3:55 PM, Lisa Cooley <lisa@lisa-cooley.com> wrote:
> Dear Alex,
>
> Sure - Let me know when might be a great time for you. We should get moving quickly in that case.
>
> sincerely,
>
> Lisa
>
> —
> Lisa Cooley

> lisa@lisa-cooley.com
> 347-351-8075

>> On Jan 8, 2018, at 10:48 AM, Alexander Gilkes <alexander@paddle8.com> wrote:
>>
>> Dear Lisa,
>> We are still keen to move into the gallery. Iza and Sergey were keen to see it in person. Given the time restrictions, may I suggest that they arrange a FaceTime visit this week? So that we do not lose the opportunity. We are ideally hoping to be in a new space by March 1st. Iza just wanted to be sure that it was a nice work space for the team. Many thanks,
>> A
>>
>> On Sat, Jan 6, 2018 at 8:44 PM, Lisa Cooley <lisa@lisa-cooley.com> wrote:
>>> Dear Alexander,
>>>
>>> I just got an offer for a temporary rental that would run from March 6 - April 10th. I'll likely take it, but wanted to let you know, as this would affect your possible sublease. Let me know your thoughts.
>>>
>>> kindly,
>>>
>>> Lisa
>>>
>>> —
>>> Lisa Cooley
>>> lisa@lisa-cooley.com
>>> 347-351-8075
>>
>>
>> --
>>
>> **Alexander Gilkes | Co-Founder**
>> O: 212.343.1142 | alexander@paddle8.com | @Paddle8
>>
>> **Paddle8 | The auction house for the 21st-century collector**
>> Auctions | Valuations | Consignments

--
**Izabela Depczyk**
Founder & CEO
The Native

Rue du Grand-Chene 8
1003 Lausanne
Switzerland
+41 787 009 282
www.thenative.eu

