**From:** **Izabela Depczyk** idepczyk@thenative.eu
**Subject:** Introduction
**Date:** February 12, 2018 at 5:35 PM
**To:** Jeffrey Zukerman jzukerman@zukermangore.com, Lisa Cooley lisa@lisa-cooley.com
**Cc:** Alexander Gilkes alexander@paddle8.com, Weiss, Jordan JWeiss@savills-studley.com

Lisa,

As promised, here's an introduction to our attorney Mr. Zukerman.

Mr. Zukerman will expect to receive the sublease from your legal counsel tomorrow morning.

I remain on standby in case of any questions.

Thank you,
Izabela

--
**Izabela Depczyk**
**Founder & Executive Board Member**
**The Native SA**
Rue du Grand-Chene 8
1003 Lausanne
Switzerland
+41 787 009 282
+1 646 350 9801
www.thenative.ch