**From:** Jeffrey Zukerman <jzukerman@zukermangore.com>
**Subject:** RE: Sublease Consent Request
**Date:** April 27, 2018 at 4:02 PM
**To:** Lisa Cooley <lisa@lisa-cooley.com>

Great to meet you as well. Was my pleasure. Have a great weekend.

Best-

Jeff

----------------------------------
Jeffrey D. Zukerman

**ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP**

Eleven Times Square  212.223.6700 | 212.500.4750 (Direct)
New York, NY 10036  jzukerman@zukermangore.com | Website

---

**From:** Lisa Cooley [mailto:lisa@lisa-cooley.com]
**Sent:** Friday, April 27, 2018 3:57 PM
**To:** Izabela Depczyk <idepczyk@thenative.eu>
**Cc:** Weiss, Jordan <JWeiss@savills-studley.com>; Jeffrey Zukerman <jzukerman@zukermangore.com>; Brandstatter, Dov B. <DBrandstatter@olshanlaw.com>; Stafaj, Genta <GStafaj@olshanlaw.com>; Kearns, Thomas D. <TKearns@olshanlaw.com>; Raquel Goldstein <rGoldstein@zukermangore.com>; Alexander Gilkes <alexander@paddle8.com>; Laura Florin <laura.florin@paddle8.com>; Michael McClellan <michael.mcclellan@paddle8.com>
**Subject:** Re: Sublease Consent Request

I'm excited to have great subtenants! Thank you - Jeffrey, a real pleasure to meet you today.

Kind thanks,

Lisa

+1 347-351-8075

On Apr 27, 2018, at 3:40 PM, Izabela Depczyk <idepczyk@thenative.eu> wrote:

> Thank you all for working tirelessly to make this happen! We are so excited to move into our new space.
>
> Warmly,
> Iza & Paddle8 Team
>
> On Fri, Apr 27, 2018 at 8:38 PM, Weiss, Jordan <JWeiss@savills-studley.com> wrote:
>
>> Thank you, Jeff and thanks to all who worked on the deal.

This is great news before the weekend.

Congrats Paddle8 team on this exciting new space!!

**Jordan Weiss**
Managing Director
**Savills Studley**
t (212) 326-1052
c (201) 394-1162
JWeiss@savills-studley.com

On Apr 27, 2018, at 2:59 PM, Jeffrey Zukerman <jzukerman@zukermangore.com> wrote:

> Hi All-
>
> Congratulations! Fully-executed consent is attached. I added two signature pages as the landlord's signature was very dark. Also, attached are copies of the checks that I gave to Lisa a moment ago.
>
> A pleasure to work with all of you.
>
> Best-
>
> Jeff
>
>
> ------------------------------------
> Jeffrey D. Zukerman
>
> [ZGB&C_signature_final-stacked]
>
> Eleven Times Square    212.223.6700 | 212.500.4750 (Direct)
>
> New York, NY 10036
>    jzukerman@zukermangore.com<mailto:jzukerman@zukermangore.com> | Website<http://zukermangore.com/>
>
>
> From: Lorenzo DeLillo [mailto:LDeLillo@EandBLaw.com]
> Sent: Friday, April 27, 2018 2:42 PM
> To: Brandstatter, Dov B. <DBrandstatter@olshanlaw.com>; Jeffrey Zukerman <jzukerman@zukermangore.com>
> Cc: Stafaj, Genta <GStafaj@olshanlaw.com>; Kearns, Thomas D. <TKearns@olshanlaw.com>; Lisa Cooley <lisa@lisa-cooley.com>; Raquel Goldstein <rGoldstein@zukermangore.com>; Izabela Depczyk <idepczyk@thenative.eu>; Alexander Gilkes <alexander@paddle8.com>; Laura Florin

<laura.florin@paddle8.com>; Weiss, Jordan <JWeiss@savills-studley.com>; Michael McClellan <michael.mcclellan@paddle8.com>
Subject: RE: Sublease Consent Request

Please see a copy of the fully-executed Consent to Sublease. The checks to Landlord have been received and processed. We are good on our end.

Thank you,

Lorenzo

Lorenzo V. DeLillo, Esq.
Eisenberg & Baum, LLP
24 Union Square East, Fourth Floor
New York, New York 10003
(212) 353-8700
ldelillo@eandblaw.com<mailto:ldelillo@eandblaw.com>
_____
CONFIDENTIALITY NOTE: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call Simon, Eisenberg & Baum, LLP at (212) 353-8700 and destroy the original message and all copies.
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

_____


From: Lorenzo DeLillo
Sent: Friday, April 27, 2018 2:39 PM
To: 'Brandstatter, Dov B.' <DBrandstatter@olshanlaw.com<mailto:DBrandstatter@olshanlaw.com>>; 'Jeffrey Zukerman' <jzukerman@zukermangore.com<mailto:jzukerman@zukermangore.com>>
Cc: Stafaj, Genta <GStafaj@olshanlaw.com<mailto:GStafaj@olshanlaw.com>>; Kearns, Thomas D. <TKearns@olshanlaw.com<mailto:TKearns@olshanlaw.com>>; Lisa Cooley <lisa@lisa-cooley.com<mailto:lisa@lisa-cooley.com>>;

rGoldstein@zukermangore.com<mailto:rGoldstein@zukermangore.com>>; Izabela Depczyk <idepczyk@thenative.eu<mailto:idepczyk@thenative.eu>>; Alexander Gilkes <alexander@paddle8.com<mailto:alexander@paddle8.com>>; Laura Florin <laura.florin@paddle8.com<mailto:laura.florin@paddle8.com>>; Weiss, Jordan <JWeiss@savills-studley.com<mailto:JWeiss@savills-studley.com>>; Michael McClellan <michael.mcclellan@paddle8.com<mailto:michael.mcclellan@paddle8.com>>
Subject: RE: Sublease Consent Request

My client just signed about 10 mins ago. I should have a fully-executed version of the Consent circulated momentarily.

Thanks,

Lorenzo

From: Brandstatter, Dov B. [mailto:DBrandstatter@olshanlaw.com]
Sent: Friday, April 27, 2018 1:58 PM
To: 'Jeffrey Zukerman' <jzukerman@zukermangore.com<mailto:jzukerman@zukermangore.com>>; Lorenzo DeLillo <LDeLillo@EandBLaw.com<mailto:LDeLillo@EandBLaw.com>>
Cc: Stafaj, Genta <GStafaj@olshanlaw.com<mailto:GStafaj@olshanlaw.com>>; Kearns, Thomas D. <TKearns@olshanlaw.com<mailto:TKearns@olshanlaw.com>>; Lisa Cooley <lisa@lisa-cooley.com<mailto:lisa@lisa-cooley.com>>; Raquel Goldstein <rGoldstein@zukermangore.com<mailto:rGoldstein@zukermangore.com>>; Izabela Depczyk <idepczyk@thenative.eu<mailto:idepczyk@thenative.eu>>; Alexander Gilkes <alexander@paddle8.com<mailto:alexander@paddle8.com>>; Laura Florin <laura.florin@paddle8.com<mailto:laura.florin@paddle8.com>>; Weiss, Jordan <JWeiss@savills-studley.com<mailto:JWeiss@savills-studley.com>>; Michael McClellan <michael.mcclellan@paddle8.com<mailto:michael.mcclellan@paddle8.com>>
Subject: RE: Sublease Consent Request

Lorenzo?

From: Jeffrey Zukerman [mailto:jzukerman@zukermangore.com]
Sent: Friday, April 27, 2018 1:57 PM
To: Brandstatter, Dov B. <DBrandstatter@olshanlaw.com<mailto:DBrandstatter@olshanlaw.c

<DBrandstatter@olshanlaw.com<mailto:DBrandstatter@olshanlaw.com>>; 'Lorenzo DeLillo' <LDeLillo@EandBLaw.com<mailto:LDeLillo@EandBLaw.com>>
Cc: Stafaj, Genta <GStafaj@olshanlaw.com<mailto:GStafaj@olshanlaw.com>>; Kearns, Thomas D. <TKearns@olshanlaw.com<mailto:TKearns@olshanlaw.com>>; Lisa Cooley <lisa@lisa-cooley.com<mailto:lisa@lisa-cooley.com>>; Raquel Goldstein <rGoldstein@zukermangore.com<mailto:rGoldstein@zukermangore.com>>; Izabela Depczyk <idepczyk@thenative.eu<mailto:idepczyk@thenative.eu>>; Alexander Gilkes <alexander@paddle8.com<mailto:alexander@paddle8.com>>; Laura Florin <laura.florin@paddle8.com<mailto:laura.florin@paddle8.com>>; Weiss, Jordan <JWeiss@savills-studley.com<mailto:JWeiss@savills-studley.com>>; Michael McClellan <michael.mcclellan@paddle8.com<mailto:michael.mcclellan@paddle8.com>>
Subject: RE: Sublease Consent Request

Lisa is in my lobby. I need the landlord's signature to release checks to her. Status?



------------------------------------
Jeffrey D. Zukerman

[ZGB&C_signature_final-stacked]

Eleven Times Square     212.223.6700 | 212.500.4750 (Direct)


New York, NY 10036
    jzukerman@zukermangore.com<mailto:jzukerman@zukermangore.com> | Website<http://zukermangore.com/>



From: Brandstatter, Dov B. [mailto:DBrandstatter@olshanlaw.com]
Sent: Friday, April 27, 2018 1:20 PM
To: 'Lorenzo DeLillo' <LDeLillo@EandBLaw.com<mailto:LDeLillo@EandBLaw.com>>; Jeffrey Zukerman <jzukerman@zukermangore.com<mailto:jzukerman@zukermangore.com>>
Cc: Stafaj, Genta <GStafaj@olshanlaw.com<mailto:GStafaj@olshanlaw.com>>; Kearns, Thomas D. <TKearns@olshanlaw.com<mailto:TKearns@olshanlaw.com>>; Lisa

Cooley <lisa@lisa-cooley.com<mailto:lisa@lisa-cooley.com>>; Raquel Goldstein <rGoldstein@zukermangore.com<mailto:rGoldstein@zukermangore.com>>; Izabela Depczyk <idepczyk@thenative.eu<mailto:idepczyk@thenative.eu>>; Alexander Gilkes <alexander@paddle8.com<mailto:alexander@paddle8.com>>; Laura Florin <laura.florin@paddle8.com<mailto:laura.florin@paddle8.com>>; Weiss, Jordan <JWeiss@savills-studley.com<mailto:JWeiss@savills-studley.com>>; Michael McClellan <michael.mcclellan@paddle8.com<mailto:michael.mcclellan@paddle8.com>>
Subject: RE: Sublease Consent Request

Lorenzo,

Can you send around the fully-executed consent (including your client's signature)?

From: Lorenzo DeLillo [mailto:LDeLillo@EandBLaw.com]
Sent: Friday, April 27, 2018 12:03 PM
To: Brandstatter, Dov B. <DBrandstatter@olshanlaw.com<mailto:DBrandstatter@olshanlaw.com>>; 'Jeffrey Zukerman' <jzukerman@zukermangore.com<mailto:jzukerman@zukermangore.com>>
Cc: Stafaj, Genta <GStafaj@olshanlaw.com<mailto:GStafaj@olshanlaw.com>>; Kearns, Thomas D. <TKearns@olshanlaw.com<mailto:TKearns@olshanlaw.com>>; Lisa Cooley <lisa@lisa-cooley.com<mailto:lisa@lisa-cooley.com>>; Raquel Goldstein <rGoldstein@zukermangore.com<mailto:rGoldstein@zukermangore.com>>; Izabela Depczyk <idepczyk@thenative.eu<mailto:idepczyk@thenative.eu>>; Alexander Gilkes <alexander@paddle8.com<mailto:alexander@paddle8.com>>; Laura Florin <laura.florin@paddle8.com<mailto:laura.florin@paddle8.com>>; Weiss, Jordan <JWeiss@savills-studley.com<mailto:JWeiss@savills-studley.com>>; Michael McClellan <michael.mcclellan@paddle8.com<mailto:michael.mcclellan@paddle8.com>>
Subject: RE: Sublease Consent Request

Did Lisa happen to sign the attached? Thanks.

From: Brandstatter, Dov B. [mailto:DBrandstatter@olshanlaw.com]
Sent: Friday, April 27, 2018 9:49 AM
To: 'Jeffrey Zukerman' <jzukerman@zukermangore.com<mailto:jzukerman@zukermangore.

com>>; Lorenzo DeLillo <LDeLillo@EandBLaw.com<mailto:LDeLillo@EandBLaw.com>>
Cc: Stafaj, Genta <GStafaj@olshanlaw.com<mailto:GStafaj@olshanlaw.com>>; Kearns, Thomas D. <TKearns@olshanlaw.com<mailto:TKearns@olshanlaw.com>>; Lisa Cooley <lisa@lisa-cooley.com<mailto:lisa@lisa-cooley.com>>; Raquel Goldstein <rGoldstein@zukermangore.com<mailto:rGoldstein@zukermangore.com>>; Izabela Depczyk <idepczyk@thenative.eu<mailto:idepczyk@thenative.eu>>; Alexander Gilkes <alexander@paddle8.com<mailto:alexander@paddle8.com>>; Laura Florin <laura.florin@paddle8.com<mailto:laura.florin@paddle8.com>>; Weiss, Jordan <JWeiss@savills-studley.com<mailto:JWeiss@savills-studley.com>>; Michael McClellan <michael.mcclellan@paddle8.com<mailto:michael.mcclellan@paddle8.com>>
Subject: RE: Sublease Consent Request

Jeff – Please let us know when you have all the required subtenant checks under the Sublease, and Lisa can come by with the keys.

From: Jeffrey Zukerman [mailto:jzukerman@zukermangore.com]
Sent: Friday, April 27, 2018 9:28 AM
To: Brandstatter, Dov B. <DBrandstatter@olshanlaw.com<mailto:DBrandstatter@olshanlaw.com>>; Lorenzo DeLillo <LDeLillo@EandBLaw.com<mailto:LDeLillo@EandBLaw.com>>
Cc: Stafaj, Genta <GStafaj@olshanlaw.com<mailto:GStafaj@olshanlaw.com>>; Kearns, Thomas D. <TKearns@olshanlaw.com<mailto:TKearns@olshanlaw.com>>; Lisa Cooley <lisa@lisa-cooley.com<mailto:lisa@lisa-cooley.com>>; Raquel Goldstein <rGoldstein@zukermangore.com<mailto:rGoldstein@zukermangore.com>>; Izabela Depczyk <idepczyk@thenative.eu<mailto:idepczyk@thenative.eu>>; Alexander Gilkes <alexander@paddle8.com<mailto:alexander@paddle8.com>>; Laura Florin <laura.florin@paddle8.com<mailto:laura.florin@paddle8.com>>; Weiss, Jordan <JWeiss@savills-studley.com<mailto:JWeiss@savills-studley.com>>; Michael McClellan <michael.mcclellan@paddle8.com<mailto:michael.mcclellan@paddle8.com>>
Subject: RE: Sublease Consent Request

Hi All-

Our signature is attached. Additional security ($9000) will be

delivered to me today and once all signatures are obtained I will deliver all checks to Dov or as directed. I should have the other $9000 before Noon.

Best-

Jeff



\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
Jeffrey D. Zukerman

[ZGB&C_signature_final-stacked]

Eleven Times Square     212.223.6700 | 212.500.4750 (Direct)


New York, NY 10036
   [jzukerman@zukermangore.com](mailto:jzukerman@zukermangore.com)<[mailto:jzukerman@zukermangore.com](mailto:jzukerman@zukermangore.com)> | Website<[http://zukermangore.com/](http://zukermangore.com/)>



From: Brandstatter, Dov B. [[mailto:DBrandstatter@olshanlaw.com](mailto:DBrandstatter@olshanlaw.com)]
Sent: Thursday, April 26, 2018 5:18 PM
To: Jeffrey Zukerman <[jzukerman@zukermangore.com](mailto:jzukerman@zukermangore.com)<[mailto:jzukerman@zukermangore.com](mailto:jzukerman@zukermangore.com)>>; Lorenzo DeLillo <[LDeLillo@EandBLaw.com](mailto:LDeLillo@EandBLaw.com)<[mailto:LDeLillo@EandBLaw.com](mailto:LDeLillo@EandBLaw.com)>>
Cc: Stafaj, Genta <[GStafaj@olshanlaw.com](mailto:GStafaj@olshanlaw.com)<[mailto:GStafaj@olshanlaw.com](mailto:GStafaj@olshanlaw.com)>>; Kearns, Thomas D. <[TKearns@olshanlaw.com](mailto:TKearns@olshanlaw.com)<[mailto:TKearns@olshanlaw.com](mailto:TKearns@olshanlaw.com)>>; Lisa Cooley <[lisa@lisa-cooley.com](mailto:lisa@lisa-cooley.com)<[mailto:lisa@lisa-cooley.com](mailto:lisa@lisa-cooley.com)>>; Raquel Goldstein <[rGoldstein@zukermangore.com](mailto:rGoldstein@zukermangore.com)<[mailto:rGoldstein@zukermangore.com](mailto:rGoldstein@zukermangore.com)>>; Izabela Depczyk <[idepczyk@thenative.eu](mailto:idepczyk@thenative.eu)<[mailto:idepczyk@thenative.eu](mailto:idepczyk@thenative.eu)>>; Alexander Gilkes <[alexander@paddle8.com](mailto:alexander@paddle8.com)<[mailto:alexander@paddle8.com](mailto:alexander@paddle8.com)>>; Laura Florin <[laura.florin@paddle8.com](mailto:laura.florin@paddle8.com)<[mailto:laura.florin@paddle8.com](mailto:laura.florin@paddle8.com)>>; Weiss, Jordan <[JWeiss@savills-studley.com](mailto:JWeiss@savills-studley.com)<[mailto:JWeiss@savills-studley.com](mailto:JWeiss@savills-studley.com)>>
Subject: RE: Sublease Consent Request

Agreed.

Lorenzo – Lisa can drop off the checks by your client and the lawyers can exchange signatures by email.  Please confirm that works for you.

Jeff – Please confirm that when you've received the extra $9,000 check from your client.

Thanks,
Dov

Dov B. Brandstatter
O L S H A N
OLSHAN FROME WOLOSKY LLP
[1325 Avenue of the Americas](#)
(Entrance is on 53rd Street between Sixth and Seventh Avenues)
New York, NY 10019
Direct: 212.451.2256
Facsimile: 212.451.2222
Email: [DBrandstatter@olshanlaw.com](#)<[mailto:DBrandstatter@olshanlaw.com](#)>
Web: [www.olshanlaw.com](#)<[http://www.olshanlaw.com](#)>


From: Jeffrey Zukerman [[mailto:jzukerman@zukermangore.com](#)]
Sent: Thursday, April 26, 2018 5:12 PM
To: Brandstatter, Dov B. <[DBrandstatter@olshanlaw.com](#)<[mailto:DBrandstatter@olshanlaw.com](#)>>; Lorenzo DeLillo <[LDeLillo@EandBLaw.com](#)<[mailto:LDeLillo@EandBLaw.com](#)>>
Cc: Stafaj, Genta <[GStafaj@olshanlaw.com](#)<[mailto:GStafaj@olshanlaw.com](#)>>; Kearns, Thomas D. <[TKearns@olshanlaw.com](#)<[mailto:TKearns@olshanlaw.com](#)>>; Lisa Cooley <[lisa@lisa-cooley.com](#)<[mailto:lisa@lisa-cooley.com](#)>>; Raquel Goldstein <[rGoldstein@zukermangore.com](#)<[mailto:rGoldstein@zukermangore.com](#)>>; Izabela Depczyk <[idepczyk@thenative.eu](#)<[mailto:idepczyk@thenative.eu](#)>>; Alexander Gilkes <[alexander@paddle8.com](#)<[mailto:alexander@paddle8.com](#)>>; Laura Florin <[laura.florin@paddle8.com](#)<[mailto:laura.florin@paddle8.com](#)>>; Weiss, Jordan <[JWeiss@savills-studley.com](#)<[mailto:JWeiss@savills-studley.com](#)>>
Subject: RE: Sublease Consent Request

Dov-

(Feel free to reply to all).

We are signed off as this version includes our only changes. The landlord is likely ok with this as they generated it.

You were to confirm that the outstanding amounts were correct and to

let us know when you sign off.

If we are all signed off, I can get you our signature and the extra security deposit. Why don't we all collect signatures and exchange them tomorrow. Make sense?

Best-

JEff



------------------------------------
Jeffrey D. Zukerman

[ZGB&C_signature_final-stacked]

Eleven Times Square    212.223.6700 | 212.500.4750 (Direct)


New York, NY 10036
    jzukerman@zukermangore.com<mailto:jzukerman@zukermangore.com> | Website<http://zukermangore.com/>



From: Brandstatter, Dov B. [mailto:DBrandstatter@olshanlaw.com]
Sent: Thursday, April 26, 2018 5:01 PM
To: Lorenzo DeLillo <LDeLillo@EandBLaw.com<mailto:LDeLillo@EandBLaw.com>>
Cc: Stafaj, Genta <GStafaj@olshanlaw.com<mailto:GStafaj@olshanlaw.com>>; Kearns, Thomas D. <TKearns@olshanlaw.com<mailto:TKearns@olshanlaw.com>>; Lisa Cooley <lisa@lisa-cooley.com<mailto:lisa@lisa-cooley.com>>; Jeffrey Zukerman <jzukerman@zukermangore.com<mailto:jzukerman@zukermangore.com>>; Raquel Goldstein <rGoldstein@zukermangore.com<mailto:rGoldstein@zukermangore.com>>
Subject: RE: Sublease Consent Request

Lorenzo – Sublandlord has signed off on the document.

Jeff – Has Subtenant signed off?

Dov B. Brandstatter
O L S H A N
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
(Entrance is on 53rd Street between Sixth and Seventh Avenues)
New York, NY 10019

Direct: 212.451.2256
Facsimile: 212.451.2222
Email: DBrandstatter@olshanlaw.com<mailto:DBrandstatter@olshanlaw.com>
Web: www.olshanlaw.com<http://www.olshanlaw.com>

_____

Electronic transmissions by the law firm of Olshan Frome Wolosky LLP may contain information that is confidential or proprietary, or protected by the attorney-client privilege or work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents hereof is strictly prohibited. If you have received this transmission in error, please notify Olshan Frome Wolosky LLP at once at 212.451.2300. "This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."------------------------------------------------------------------------------To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

<image001.gif>

<Consent to Sublease.pdf>

<Checks.pdf>

--
**Izabela Depczyk**
**Founder & Executive Board Member**
**The Native SA**
Rue du Grand-Chene 8
1003 Lausanne
Switzerland
+41 787 009 282
+1 646 350 9801
www.thenative.ch