**From:** "Stafaj, Genta" <GStafaj@olshanlaw.com>
**Subject: RE: Paddle 8 Sublease**
**Date:** March 6, 2018 at 2:11:55 PM EST
**To:** Jeffrey Zukerman <jzukerman@zukermangore.com>, "Brandstatter, Dov B."
<DBrandstatter@olshanlaw.com>
**Cc:** "Weiss, Jordan" <JWeiss@savills-studley.com>, Raquel Goldstein <rGoldstein@zukermangore.com>,
Lisa Cooley <lisa@lisa-cooley.com>, "Alexander Gilkes" <alexander@paddle8.com>, Eich Christian
<eich@balex.law>

Jeffrey,

Attached please find a redline version of the sublease reflecting changes made per your comments and
an execution version of the sublease.  Per my previous email, please deliver to my attention at our office
(address below) the following:

1.      Four (4) originals of the Sublease signed by Subtenant (see the "Sublease Execution Version –
Lisa Cooley, LLC-P8H,Inc." pdf attachment); and

2.      Four (4) originals of the Guaranty signed by The Native SA (see the "Guaranty Execution Version
– The Native SA" pdf attachment).

Please also send a certificate of Subtenant's insurance as soon as possible.

Note that the attached remains subject to Sublessor's review, comments and approval and that neither
side will be bound unless and until the Sublease is fully executed.   Please let us know if you have any
questions.

Thanks,
**Genta Stafaj**
**O L S H A N**
**OLSHAN FROME WOLOSKY LLP**
**1325 Avenue of the Americas**
**(Entrance is on 53rd Street between Sixth and Seventh Avenues)**
**New York, NY 10019**
**Direct: 212.451.2271**
**Facsimile: 212.451.2222**
**Email: GStafaj@olshanlaw.com**
**Web: www.olshanlaw.com**

**From:** Jeffrey Zukerman [mailto:jzukerman@zukermangore.com]
**Sent:** Tuesday, March 06, 2018 2:01 PM
**To:** Stafaj, Genta <GStafaj@olshanlaw.com>; Brandstatter, Dov B. <DBrandstatter@olshanlaw.com>
**Cc:** Weiss, Jordan <JWeiss@savills-studley.com>; Raquel Goldstein <rGoldstein@zukermangore.com>;
Lisa Cooley <lisa@lisa-cooley.com>; Alexander Gilkes <alexander@paddle8.com>; Eich Christian
<eich@balex.law>
**Subject:** RE: Paddle 8 Sublease

Genta/Dov-

This is fine with two minor comments:

1.   Please correct the spelling of my firm – Zukerman not Zuckerman – in 25.09 and in the signature line.
2.   In 25.09 we need to make clear that I am not holding money – I am holding checks. And when consent is obtained we deliver the "checks" not the Escrowed Amount to your client. Thus, please revise this section to refer to the fact that we are holding checks.

With that we are ready to sign.

Many thanks.

Best-

Jeff


----------------------------------
Jeffrey D. Zukerman

**ZUKERMAN GORE BRANDEIS**
    **& CROSSMAN, LLP**

Eleven Times Square    212.223.6700 | 212.500.4750 (Direct)
New York, NY 10036     jzukerman@zukermangore.com | Website


**From:** Stafaj, Genta [mailto:GStafaj@olshanlaw.com]
**Sent:** Tuesday, March 06, 2018 1:41 PM
**To:** Jeffrey Zukerman <jzukerman@zukermangore.com>; Brandstatter, Dov B. <DBrandstatter@olshanlaw.com>
**Cc:** Weiss, Jordan <JWeiss@savills-studley.com>; Raquel Goldstein <rGoldstein@zukermangore.com>; Lisa Cooley <lisa@lisa-cooley.com>
**Subject:** RE: Paddle 8 Sublease

Jeffrey,

Attached please find a clean and redline version of the revised sublease.  Please let us know if the revisions are acceptable and we will circulate a new execution version of the sublease.  Please note that the attached is being sent to our client simultaneously and remains subject to her review and comment.

Thanks,
**Genta Stafaj**
**OLSHAN**
**OLSHAN FROME WOLOSKY LLP**
**1325 Avenue of the Americas**
**(Entrance is on 53rd Street between Sixth and Seventh Avenues)**
**New York, NY 10019**

**Direct:** 212.451.2271
**Facsimile:** 212.451.2222
**Email:** GStafaj@olshanlaw.com
**Web:** www.olshanlaw.com

**From:** Jeffrey Zukerman [mailto:jzukerman@zukermangore.com]
**Sent:** Tuesday, March 06, 2018 11:36 AM
**To:** Brandstatter, Dov B. <DBrandstatter@olshanlaw.com>
**Cc:** Weiss, Jordan <JWeiss@savills-studley.com>; Raquel Goldstein <rGoldstein@zukermangore.com>;
Stafaj, Genta <GStafaj@olshanlaw.com>
**Subject:** FW: Paddle 8 Sublease

Dov-

Spoke to Genta who said that you are going to get back to me on this.

When you do so, we need to also confirm (and revise section 18) to reflect that any fees due the
landlord for consent are on your client, not us. In that regard, please let me know where we stand as to
landlord consent when you have a minute.

Thanks.

Best-

Jeff


----------------------------------
Jeffrey D. Zukerman

|  |  |
|---|---|
| Eleven Times Square | 212.223.6700 | 212.500.4750 (Direct) |
| New York, NY 10036 | jzukerman@zukermangore.com | Website |


**From:** Weiss, Jordan [mailto:JWeiss@savills-studley.com]
**Sent:** Tuesday, March 06, 2018 10:54 AM
**To:** Jeffrey Zukerman <jzukerman@zukermangore.com>; Stafaj, Genta <GStafaj@olshanlaw.com>
**Cc:** Raquel Goldstein <rGoldstein@zukermangore.com>; Brandstatter, Dov B.
<DBrandstatter@olshanlaw.com>; Izabela Depczyk <idepczyk@thenative.eu>; Alexander Gilkes
<alexander@paddle8.com>; Eich Christian <eich@balex.law>; Lisa Cooley <lisa@lisa-cooley.com>
**Subject:** RE: Paddle 8 Sublease

Genta – please confirm the below is ok.

Thank you

**Jordan Weiss**
Managing Director
**Savills Studley**

t +1 (212) 326-1052
c +1 (201) 394-1162
JWeiss@savills-studley.com

**From:** Jeffrey Zukerman [mailto:jzukerman@zukermangore.com]
**Sent:** Monday, March 05, 2018 4:43 PM
**To:** Stafaj, Genta <GStafaj@olshanlaw.com>
**Cc:** Raquel Goldstein <rGoldstein@zukermangore.com>; Brandstatter, Dov B.
<DBrandstatter@olshanlaw.com>; Weiss, Jordan <JWeiss@savills-studley.com>; Izabela Depczyk
<idepczyk@thenative.eu>; Alexander Gilkes <alexander@paddle8.com>; Eich Christian
<eich@balex.law>; Lisa Cooley <lisa@lisa-cooley.com>
**Subject:** RE: Paddle 8 Sublease

Hi Genta-

Many thanks for this.

We'll get this signed up but I am accustomed to lawyers for sublessors holding regular checks (not
certified funds), in escrow, pending landlord approval after which they are delivered to the sublessor
and deposited.

Please confirm that this is acceptable and we will get this signed and returned to you right away.

Best-

Jeff


-----------------------------------
Jeffrey D. Zukerman

Eleven Times Square    212.223.6700 | 212.500.4750 (Direct)
New York, NY 10036     jzukerman@zukermangore.com | Website


**From:** Stafaj, Genta [mailto:GStafaj@olshanlaw.com]
**Sent:** Monday, March 05, 2018 3:41 PM
**To:** Jeffrey Zukerman <jzukerman@zukermangore.com>
**Cc:** Raquel Goldstein <rGoldstein@zukermangore.com>; Brandstatter, Dov B.
<DBrandstatter@olshanlaw.com>; Weiss, Jordan <JWeiss@savills-studley.com>; Izabela Depczyk
<idepczyk@thenative.eu>; Alexander Gilkes <alexander@paddle8.com>; Eich Christian
<eich@balex.law>; Lisa Cooley <lisa@lisa-cooley.com>
**Subject:** RE: Paddle 8 Sublease

Hi Jeffrey,

Attached is the execution version of the Agreement of Sublease for P8H, Inc. at 107 Norfolk Street, New York, New York.   Please deliver to my attention at our office (address below) the following:

1.   Four (4) originals of the Sublease signed by Subtenant (see the "Sublease Execution Version – Lisa Cooley, LLC-P8H,Inc." pdf attachment);

2.   Four (4) originals of the Guaranty signed by The Native SA (see the "Guaranty Execution Version – The Native SA" pdf attachment);

3.   One (1) certified check payable to "Lisa Cooley, LLC" in the amount of $15,000.00 for the first month's rent; and

4.   One (1) certified check payable to "Lisa Cooley, LLC" in the amount of $36,000.00 for the security deposit.

The Sublessor will also need to approve the Subtenant's insurance, so please send a certificate of the same as soon as possible.

Please note that the attached remains subject to Sublessor's review, comments and approval and that neither side will be bound unless and until the Sublease is fully executed.   Please let us know if you have any questions.

Thank you,
**Genta Stafaj**
**O L S H A N**
**OLSHAN FROME WOLOSKY LLP**
**1325 Avenue of the Americas**
**(Entrance is on 53rd Street between Sixth and Seventh Avenues)**
**New York, NY 10019**
**Direct: 212.451.2271**
**Facsimile: 212.451.2222**
**Email: GStafaj@olshanlaw.com**
**Web: www.olshanlaw.com**


**From:** Jeffrey Zukerman [mailto:jzukerman@zukermangore.com]
**Sent:** Monday, March 05, 2018 2:58 PM
**To:** Stafaj, Genta <GStafaj@olshanlaw.com>
**Cc:** Raquel Goldstein <rGoldstein@zukermangore.com>; Brandstatter, Dov B. <DBrandstatter@olshanlaw.com>; Weiss, Jordan <JWeiss@savills-studley.com>; Izabela Depczyk <idepczyk@thenative.eu>; Alexander Gilkes <alexander@paddle8.com>; Eich Christian <eich@balex.law>
**Subject:** FW: Paddle 8 Sublease

Genta-

P8H, Inc. is a Delaware corporation qualified to do business in New York State.

Please us this address for the tenant for now:

P8H, Inc.
81 Prospect Street
Brooklyn, NY 11201

Many thanks.

Best-

Jeff


-----------------------------------
Jeffrey D. Zukerman

Eleven Times Square    212.223.6700 | 212.500.4750 (Direct)
New York, NY 10036     jzukerman@zukermangore.com | Website


---------- Forwarded message ----------
From: **Stafaj, Genta** <GStafaj@olshanlaw.com>
Date: Mon, Mar 5, 2018 at 9:56 AM
Subject: RE: Paddle 8 Sublease
To: Raquel Goldstein <rGoldstein@zukermangore.com>, Jeffrey Zukerman
<jzukerman@zukermangore.com>, "Brandstatter, Dov B." <DBrandstatter@olshanlaw.com>
Cc: "Weiss, Jordan" <JWeiss@savills-studley.com>, Izabela Depczyk
<idepczyk@thenative.eu>, Alexander Gilkes <alexander@paddle8.com>, Eich Christian
<eich@balex.law>, Lisa Cooley <lisa@lisa-cooley.com>

Hi Raquel,

Please provide an address for P8H, Inc. and confirm that it is a Delaware corporation authorized
to do business in NY. I will circulate an execution copy of the sublease once I include that
information.

Thanks,
**Genta Stafaj**
**O L S H A N**
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
(Entrance is on 53rd Street between Sixth and Seventh Avenues)
New York, NY 10019
Direct: 212.451.2271
Facsimile: 212.451.2222
Email: GStafaj@olshanlaw.com
Web: www.olshanlaw.com


**From:** Raquel Goldstein [mailto:rGoldstein@zukermangore.com]
**Sent:** Friday, March 02, 2018 6:26 PM

**To:** Stafaj, Genta <GStafaj@olshanlaw.com>; Jeffrey Zukerman <jzukerman@zukermangore.com>; Brandstatter, Dov B. <DBrandstatter@olshanlaw.com>
**Cc:** Weiss, Jordan <JWeiss@savills-studley.com>; Izabela Depczyk <idepczyk@thenative.eu>; Alexander Gilkes <alexander@paddle8.com>; Eich Christian <eich@balex.law>; Lisa Cooley <lisa@lisa-cooley.com>
**Subject:** RE: Paddle 8 Sublease

Hi Genta –

Please circulate an execution copy. Thanks.

Best,

raquel

----------------------------------
Raquel Goldstein

Eleven Times Square    212.223.6700 | 212.500.4749 (Direct)
New York, NY 10036    rgoldstein@zukermangore.com | Website

**From:** Stafaj, Genta [mailto:GStafaj@olshanlaw.com]
**Sent:** Friday, March 02, 2018 4:41 PM
**To:** Raquel Goldstein <rGoldstein@zukermangore.com>; Jeffrey Zukerman <jzukerman@zukermangore.com>; Brandstatter, Dov B. <DBrandstatter@olshanlaw.com>
**Cc:** Weiss, Jordan <JWeiss@savills-studley.com>; Izabela Depczyk <idepczyk@thenative.eu>; Alexander Gilkes <alexander@paddle8.com>; Eich Christian <eich@balex.law>; Lisa Cooley <lisa@lisa-cooley.com>
**Subject:** RE: Paddle 8 Sublease

Hi Raquel,

The date May 1, 2018 was chosen for a number of reasons.  Based on our prior experience, it usually takes landlord at least 45 days to give their consent to a sublease. In addition, Lisa needs a set date in order to plan and make arrangements with respect to current bookings for the space. Please let us know what your timing concerns are so we can try to accommodate.

Thanks,
Genta Stafaj
**OLSHAN**
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
(Entrance is on 53rd Street between Sixth and Seventh Avenues)
New York, NY 10019
Direct: 212.451.2271
Facsimile: 212.451.2222
Email: GStafaj@olshanlaw.com

Web: **www.olshanlaw.com**

**From:** Raquel Goldstein [mailto:rGoldstein@zukermangore.com]
**Sent:** Friday, March 02, 2018 4:21 PM
**To:** Stafaj, Genta <GStafaj@olshanlaw.com>; Jeffrey Zukerman <jzukerman@zukermangore.com>; Brandstatter, Dov B. <DBrandstatter@olshanlaw.com>
**Cc:** Weiss, Jordan <JWeiss@savills-studley.com>; Izabela Depczyk <idepczyk@thenative.eu>; Alexander Gilkes <alexander@paddle8.com>; Eich Christian <eich@balex.law>; Lisa Cooley <lisa@lisa-cooley.com>
**Subject:** RE: Paddle 8 Sublease

Hi Genta –

Following review of the revised Sublease, the only remaining issue is with regards to the Commencement Date.

May 1, 2018 is too late as the Commencement Date. We would like the Commencement Date to be the date Sublessor receives Prime Landlord's consent to the Sublease.

Please let us know, thanks.

Best,

Raquel

----------------------------------
Raquel Goldstein

Eleven Times Square      212.223.6700 | 212.500.4749 (Direct)
New York, NY 10036       rgoldstein@zukermangore.com | Website

**From:** Stafaj, Genta [mailto:GStafaj@olshanlaw.com]
**Sent:** Friday, March 02, 2018 1:17 PM
**To:** Jeffrey Zukerman <jzukerman@zukermangore.com>; Raquel Goldstein <rGoldstein@zukermangore.com>; Brandstatter, Dov B. <DBrandstatter@olshanlaw.com>
**Cc:** Weiss, Jordan <JWeiss@savills-studley.com>; Izabela Depczyk <idepczyk@thenative.eu>; Alexander Gilkes <alexander@paddle8.com>; Eich Christian <eich@balex.law>; Lisa Cooley <lisa@lisa-cooley.com>
**Subject:** RE: Paddle 8 Sublease

Hi Jeffrey,

Attached please find a clean and redline version of the sublease reflecting changes made to accommodate the requests made in Raquel's 2/28/18 email. Please note that the attached is being sent simultaneously to our client and remains subject to her review and comment.

Thanks,
**Genta Stafaj**
**O L S H A N**
**OLSHAN FROME WOLOSKY LLP**
**1325 Avenue of the Americas**
**(Entrance is on 53rd Street between Sixth and Seventh Avenues)**
**New York, NY 10019**
**Direct: 212.451.2271**
**Facsimile: 212.451.2222**
**Email: GStafaj@olshanlaw.com**
**Web: www.olshanlaw.com**

**From:** Jeffrey Zukerman [mailto:jzukerman@zukermangore.com]
**Sent:** Thursday, March 01, 2018 5:23 PM
**To:** Raquel Goldstein <rGoldstein@zukermangore.com>; Brandstatter, Dov B. <DBrandstatter@olshanlaw.com>
**Cc:** Weiss, Jordan <JWeiss@savills-studley.com>; Izabela Depczyk <idepczyk@thenative.eu>; Alexander Gilkes <alexander@paddle8.com>; Eich Christian <eich@balex.law>; Lisa Cooley <lisa@lisa-cooley.com>; Stafaj, Genta <GStafaj@olshanlaw.com>
**Subject:** RE: Paddle 8 Sublease

Hi Dov-

I have been asked to convey to you that our client wishes to impose a deadline of the close of business Monday to complete this deal after which they are no longer interested in the space, as this deal has dragged on too long.

As we discussed the other day, I am happy to get on a call with you for a few minutes to fine tune any remaining issues.

Many thanks.

Best-

Jeff

---------------------------------
Jeffrey D. Zukerman

Eleven Times Square    212.223.6700 | 212.500.4750 (Direct)
New York, NY 10036    jzukerman@zukermangore.com | Website

**From:** Raquel Goldstein
**Sent:** Wednesday, February 28, 2018 3:34 PM
**To:** Brandstatter, Dov B. <DBrandstatter@olshanlaw.com>; Stafaj, Genta <GStafaj@olshanlaw.com>
**Cc:** Jeffrey Zukerman <jzukerman@zukermangore.com>; Weiss, Jordan <JWeiss@savills-studley.com>; Izabela Depczyk <idepczyk@thenative.eu>; Alexander Gilkes <alexander@paddle8.com>; Eich Christian <eich@balex.law>
**Subject:** Paddle 8 Sublease

Hi Dov/Genta –

I wanted to follow up regarding the open issues in the Sublease.

1.  Exhibit A  - Good Guy Guaranty – We were told that you and your client had spoken about the good guy guaranty. Where do we currently stand on this issue?

2.  Article 9/19 – Sublessor's Approval – You had asked us to specify where we would need Sublandlord's consent to not be unreasonably withheld, conditioned or delayed. We need the Sublandlord to not unreasonably withhold, condition or delay consent with respect to any further assignment or subletting and any alterations (provided, that if Subtenant chooses to make any unusual alterations then Subtenant will restore the space prior to the expiration of the term).

3.  Article 18 -  Consent of Prime Landlord – Have you notified the Prime Landlord about this Sublease? If not, when do you expect to notify the Landlord?

Best,

Raquel

-----------------------------------
Raquel Goldstein

Eleven Times Square        212.223.6700 | 212.500.4749 (Direct)
New York, NY 10036         rgoldstein@zukermangore.com | Website

"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure,

copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."---------- ----------------------------------------------------------------------To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

_____

Electronic transmissions by the law firm of Olshan Frome Wolosky LLP may contain information that is confidential or proprietary, or protected by the attorney-client privilege or work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents hereof is strictly prohibited. If you have received this transmission in error, please notify Olshan Frome Wolosky LLP at once at 212.451.2300.

--
**Izabela Depczyk**
**Founder & Executive Board Member**
**The Native SA**
Rue du Grand-Chene 8
1003 Lausanne
Switzerland
+41 787 009 282
+1 646 350 9801
www.thenative.ch