# Contact us

# Offices

**NEW YORK** 107 Norfolk St.
New York, NY 10002

**SWITZERLAND** Gerbergasse 48
CH-4001 Basel
+41 588811030

**KARLSRUHE** Vincenz-Priessnitz-Str. 3
76131 Karlsruhe
+49 0721964580