

**PADDLE8 KICKS-OFF THE FALL SEASON WITH NEW HIGH-PROFILE AUCTIONS**

The Program of Celebrity-Driven Sales Demonstrates Growth in New Sales Categories and Showcases Robust Buy-Now Storefront Feature

*August 13, 2019, New York,* -- **P8H Inc (Paddle8),** the global leader in cultural e-commerce, has launched a series of high-profile celebrity partnerships, including online auctions, sweepstakes and buy-now storefronts, demonstrating a marked expansion in sales categories and new revenue streams outside Paddle8's historical art-focused offerings.  **Ed Sheeran x Heinz** online sweepstakes showcases Paddle8's best-in-class online content that will feature a new sweepstakes model and **Toni Garrn Foundation's Supermodel Flea Market** features Paddle8's full scope including a timed-online auction as well as a buy-now dedicated storefront.

**Ed Sheeran x Heinz**
A partnership between pop-star Ed Sheeran and Heinz Ketchup was born out of mutual love: Ed has the iconic brand's label tattooed on his arm, Heinz took note and enlisted Ed to produce a series of limited-edition bottles featuring Ed's iconic tattoo sleeve.  104 of these bottles will be available to fans worldwide via Paddle8 by entering to win with the option to donate to one of two charities: Ed's selected charity, East Anglia's Children's Hospices (EACH) and Heinz's selected charity; Rise Against Hunger.  The unique sweepstakes pairs Paddle8's key strengths: bringing to market rare and collectible items with proceeds benefitting vital causes.

**Toni Garrn Foundation's Supermodel Flea Market**
Paddle8 is thrilled to partner with model and activist Toni Garrn for her foundation's 4th annual Supermodel Flea Market.  This year's Supermodel Flea Market offers a series of online and offline activations including a timed online auction, a dedicated buy-now storefront and an in-person pop-up in New York City timed to New York Fashion Week.  The series of sales offers rare fashion, accessories and collectibles donated from the personal collections of top industry names such as models, stylists, designers, including **Gisele Bundchen, Naomi Campbell, Karlie Kloss, Gigi Hadid, Bella Hadid, Joan Smalls, Amber Valletta, Christiane Arp** and **Hugo Boss** among others.  Proceeds will benefit Toni Garrn Foundation and its mission to empower women and girls in African countries including Zimbabwe, Rwanda, Ghana and Burundi through establishing on-the-ground education, health care and childcare.

"These new auctions further establish Paddle8 as an industry leader in cultural e-commerce and an innovator in servicing Gen Z collectors," states Izabela Depczyk, the founder of The Native Media who designed and executed the turnaround plan for Paddle8 following The Native's strategic investment in Paddle8 in December 2017. "The new strategy for expanding collecting

categories beyond art was adopted by Paddle8 under my vision for the kind of marketplace the GenZ and millennial consumer are looking for. Furthermore, since early 2018 with this pivot we've grown our customer base and improved economics of our business through both traditional auction formats and increasingly popular continuous online storefronts offerings built and operated on Paddle8 platform for our institutional, brand and celebrity partners."

Paddle8 was founded in 2011 as an online auction house. Since early 2018, following a strategic partnership with the Native SA, Paddle8 has expanded collecting categories into fashion and rare collectibles, launched the first ever blockchain-based authentication service for a worldwide art marketplace, and launched a new buy-now content rich digital storefront feature.

###

**ABOUT PADDLE8**
Paddle8 is a trademark of P8H Inc, the global leader in cultural e-commerce backed by 8+ Holdings LLC and The Native SA among other investors. Powered by best-in-class technology and user experience, Paddle8 makes collecting and selling art and rare collectibles online an easy, secure, efficient and enjoyable experience. Paddle8 features specialist-curated auctions, non-profit auctions, private and buy-now sales in the categories of Contemporary Art, Prints and Multiples, Photographs, Street Art, Artist Collaborations and Collectibles. Paddle8 is especially proud to partner with more than 350 nonprofit organizations worldwide to present their benefit auctions to a global community of 500,000+ collectors, helping each organization expand its fundraising results through Paddle8's online auctions and online storefront ecommerce formats. For more information please visit [paddle8.com](paddle8.com).