

## The Native SA Agrees New Terms for P8H Inc Options

*May 9, 2018, Lausanne & New York* – The Board of The Native SA has approved the takeover plan for P8H Inc and Paddle8 business following the original purchase of 15% ownership interest in P8H Inc completed on December 29, 2017 (https://thenative.ch/wp-content/uploads/2018/01/adhoc29122017.pdf).

Following four months of successful collaboration of The Native SA group with Paddle8 this year that among other developments resulted in the successful launch of P8Pass (https://paddle8.com/p8pass), the blockchain based digital certificate for artworks and collectibles as announced on May 3, 2018 https://thenative.ch/wp-content/uploads/2018/05/P8Pass-Release-FINAL-4.pdf, The Native SA has negotiated new terms and conditions for the takeover of Paddle8 business comparatively to what had been originally agreed in the call option for 36% of P8H Inc disclosed in the above mentioned announcement of December 29, 2017.

Under the new agreements signed by The Native SA with the unrelated three shareholders of P8H Inc that collectively own 36% economic and 53% voting interest in P8H Inc ("P8H Sellers"), The Native SA has agreed to call and put options with the P8H Sellers providing The Native SA with the path to increase its investment in P8H Inc from 15% to 51% ownership and 75% voting interest in P8H Inc for a total consideration of $4 million by no later than May 6, 2019, and with ability to exercise rights allowing for activation of the accounting consolidation of Paddle8 business by The Native SA and at The Native SA board discretion at any time between July 1, 2018 and May 6, 2019. Simultaneously with signing this new set of call and put options The Native SA has also agreed to acquire up to $2,500,000 worth of Loan Participation Notes in $5,000,000 debt facility issued by P8H Inc and maturing on December 12, 2020, with ability to complete the entire payment for those Loan Participation Notes by no later than September 15, 2019.

For more information please visit www.thenative.ch or email to investors@thenative.ch